**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CAVIAR BIOTEC Ltd.,

                      Plaintiff,

      -against-                                                                          25 **CIVIL** 1707 (LAP)

                                                     **JUDGMENT**

LA PRAIRIE, Inc. et al.,

                    Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 03, 2026, Defendants' motions to dismiss are GRANTED and Plaintiff's request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2026

                                     **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                  **BY:**  _____
                                 **Deputy Clerk**