UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAVIAR BIOTEC LTD.,

Plaintiff,

v.

LA PRAIRIE, INC.; LABORATOIRES LA PRAIRIE SA,

Defendants.

No. 25 CV 1707 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons stated on the record at the status conference today, Plaintiff Caviar Biotec Ltd.'s motion to reconsider the Court's March 3, 2025, Opinion and Order, (dkt. no. 50), which denied Plaintiff's request for leave to amend, and for vacatur of the Court's order and the judgment entered in this case (dkt. no. 51) and, upon vacatur, granting Plaintiff leave to amend, pursuant to Fed. R. Civ. P. 15(A)(2) in the form of the accompanying [proposed] second amended complaint ("SAC"), is DENIED. Defendants' motion for attorney fees is DENIED. Plaintiff's motion for an extension to oppose Defendants' pending motion for fees is GRANTED. The Clerk of Court shall close docket numbers 52, 53, and 56. **SO ORDERED.**

Dated: July 27, 2026
New York, New York

LORETTA A. PRESKA
United States District Judge